**In The**

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-12-00094-CV**

_____

**IN THE ESTATE OF FREDIA ARCENEAUX STERLING**

**On Appeal from the County Court at Law**
**Liberty County, Texas**
**Trial Cause No. P-10972**

**MEMORANDUM OPINION**

Michael Sterling filed a notice of appeal but failed to file a brief. On October 5, 2012, we notified the parties that the brief had not been filed and warned the appellant that his failure to file a brief could result in a dismissal of the appeal for want of prosecution. On October 29, 2012, we notified the parties that the appeal would be submitted to the Court without oral argument. *See* Tex. R. App. P. 39.8. In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. Tex. R. App. P. 38.8(a)(1), 42.3(b). All pending motions are denied.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on November 19, 2012
Opinion Delivered December 20, 2012

Before McKeithen, C.J., Gaultney and Kreger, JJ.